UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMARTE USA HOLDINGS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BERGDORF GOODMAN LLC, a Delaware Limited Liability Company, T.J. MAXX, Inc., a Massachusetts Corporation, MARSHALLS OF MA, INC., a Massachusetts Corporation, YNAP CORPORATION, a Delaware Corporation, PENNEY OPCO LLC, a Virginia Limited Liability Company, and PERSONALIZED BEAUTY DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 1:24-cv-00883-AS<br><br>**DEFENDANTS' RULE 12(b)(6) AND 12(b)(2) NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that on April 5, 2024, at 2:00 PM (ECF No. 53) before the Honorable Arun Subramanian, United States District Judge, Defendants Bergdorf Goodman LLC, TJ Maxx, Inc., Marshalls of MA, Inc., YNAP Corporation, Penney OpCo LLC, and Personalized Beauty Discovery, Inc. (collectively, "Defendants"), by and through their undersigned counsel, will move, pursuant to Rules 12(b)(6) and 12(b)(2) of the Federal Rule of Civil Procedure, for an order dismissing Plaintiff Amarte USA Holdings, Inc.'s First Amended Complaint and granting any such other relief as is just and appropriate, on the grounds set forth in its contemporaneously filed Memorandum in Support of this Motion.

Dated:  March 15, 2024 Respectfully Submitted,

*/s/ Thomas M. Williams*
Robert E. Shapiro (NY Bar No. 5730528)
Thomas M. Williams (admitted *pro hac vice*)
 *Lead Trial Counsel
Connor T. Gants (admitted *pro hac vice*)
Carmel I. Dooling (admitted *pro hac vice*)
BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Ph: (312) 984-3100
Fx: (312) 984-3150
rob.shapiro@bfkn.com
tom.williams@bfkn.com
connor.gants@bfkn.com
carmel.dooling@bfkn.com
***Attorneys for Defendants Bergdorf Goodman LLC, T.J. Maxx, Inc., Marshalls of MA, Inc., YNAP Corporation, Penney OpCo LLC, and Personalized Beauty Discovery, Inc.***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on March 15, 2024, he caused a copy of the foregoing **DEFENDANTS' RULE 12(B)(6) AND 12(B)(2) NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** to be served upon all counsel of record electronically by ECF filing within the United States District Court, Southern District of New York.

Dated:  March 15, 2024                                        */s/ Thomas M. Williams*