# EXHIBIT A

## Chart Identifying Elements Not Plausibly Alleged Pursuant to Judge Subramanian's Individual Practices In Civil Cases

| Federal Trademark Infringement (Count 1) | |
|---|---|
| **Element NOT Plausibly Alleged** | Res Judicata: facts sufficient to establish that Judge Breyer's Order in the California Litigation is not preclusive on this claim. |

| Federal Counterfeiting (Count II) | |
|---|---|
| **Element NOT Plausibly Alleged** | The accused MJB Eye-Conic eye shadow products are substantially identical to the asserted Amarte Eyeconic eye cream products. |
| **Element NOT Plausibly Alleged** | Res Judicata: facts sufficient to establish that Judge Breyer's Order in the California Litigation is not preclusive on this claim. |

| Federal Unfair Competition (Count 1II) | |
|---|---|
| **Element NOT Plausibly Alleged** | Res Judicata: facts sufficient to establish that Judge Breyer's Order in the California Litigation is not preclusive on this claim. |

| NY Stat. Unfair Competition – N.Y. Gen. Bus. Law § 349 (Count IV) | |
|---|---|
| **Element NOT Plausibly Alleged** | Harm to the public at large. |
| **Element NOT Plausibly Alleged** | Res Judicata: facts sufficient to establish that Judge Breyer's Order in the California Litigation is not preclusive on this claim. |

| NY Common Law Trademark Infringement (Count V) | |
|---|---|
| **Element NOT Plausibly Alleged** | Res Judicata: facts sufficient to establish that Judge Breyer's Order in the California Litigation is not preclusive on this claim. |

| NY Common Law Passing Off, Unfair Competition, and Unjust Enrichment (Count VI) | |
|---|---|
| **Element NOT Plausibly Alleged** | Res Judicata: facts sufficient to establish that Judge Breyer's Order in the California Litigation is not preclusive on this claim. |