UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMARTE USA HOLDINGS, INC., <br><br>                              Plaintiff, <br><br> -against- <br><br> BERGDORF GOODMAN LLC, et al., <br><br>                              Defendants. | 24-CV-883 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Discovery in this matter remains stayed pending the Court's decision on Defendants' motion to dismiss and Plaintiff's motion for leave to amend. The parties should jointly submit a letter to the Court on **May 3, 2024**, providing an update on the status of the California litigation.

SO ORDERED.

Dated: April 18, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge